**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**Thomas G. Bruton**
CLERK

Date: June 14, 2016

RE: The City of Philadelphia v. Bank of America Corporation et al
MDL No. 2704
USDC Case No. **1:16-cv-05409**

Dear Clerk:

Enclosed is the certified record that is being transferred to your court pursuant to an order entered by the MDL Judicial Panel on 06/14/2016.

- Was electronically transmitted to: New York Southern

                              Sincerely yours,

                              Thomas G. Bruton, Clerk

                              By:    S. Rodríguez
                                     Deputy Clerk

Enclosures

New Case No. _____        Date _____

cc:    Non-ECF Attorneys and Pro se Parties